| Client Name | Claim ID | Service Date | Discharge Date | Service | Primary Payer | Amt Charged | Amt Paid to Facility | Deductible | Co-Insurance | Co-Pay | Billing Account Number | Insurance Subscriber ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LA | AV-WW-C0348165 | 10/13/2018 | 11/16/2018 | PHP | BCBS Alabama | $2,275.00 | $199.20 | $0.00 | $49.80 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0348165 | 10/14/2018 | 11/16/2018 | PHP | BCBS Alabama | $2,275.00 | $199.20 | $0.00 | $49.80 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0348165 | 10/15/2018 | 11/16/2018 | PHP | BCBS Alabama | $2,275.00 | $199.20 | $0.00 | $49.80 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0348165 | 10/16/2018 | 11/16/2018 | PHP | BCBS Alabama | $2,275.00 | $199.20 | $0.00 | $49.80 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0348165 | 10/17/2018 | 11/16/2018 | PHP | BCBS Alabama | $2,275.00 | $199.20 | $0.00 | $49.80 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0348166 | 10/18/2018 | 11/16/2018 | PHP | BCBS Alabama | $2,275.00 | $199.20 | $0.00 | $49.80 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0348166 | 10/19/2018 | 11/16/2018 | PHP | BCBS Alabama | $2,275.00 | $199.20 | $0.00 | $49.80 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0354433 | 10/22/2018 | 11/16/2018 | PHP | BCBS Alabama | $2,275.00 | $199.20 | $0.00 | $49.80 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0354433 | 10/23/2018 | 11/16/2018 | PHP | BCBS Alabama | $2,275.00 | $199.20 | $0.00 | $49.80 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0354433 | 10/24/2018 | 11/16/2018 | PHP | BCBS Alabama | $2,275.00 | $199.20 | $0.00 | $49.80 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0354433 | 10/25/2018 | 11/16/2018 | PHP | BCBS Alabama | $2,275.00 | $199.20 | $0.00 | $49.80 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0354434 | 10/26/2018 | 11/16/2018 | PHP | BCBS Alabama | $2,275.00 | $199.20 | $0.00 | $49.80 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0362313 | 10/29/2018 | 11/16/2018 | PHP | BCBS Alabama | $2,275.00 | $199.20 | $0.00 | $49.80 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0362313 | 10/30/2018 | 11/16/2018 | PHP | BCBS Alabama | $2,275.00 | $199.20 | $0.00 | $49.80 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0362313 | 10/31/2018 | 11/16/2018 | PHP | BCBS Alabama | $2,275.00 | $199.20 | $0.00 | $49.80 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0362313 | 11/1/2018 | 11/16/2018 | PHP | BCBS Alabama | $2,275.00 | $199.20 | $0.00 | $49.80 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0362314 | 11/2/2018 | 11/16/2018 | PHP | BCBS Alabama | $2,275.00 | $199.20 | $0.00 | $49.80 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0364318 | 11/5/2018 | 11/16/2018 | PHP | BCBS Alabama | $2,275.00 | $199.20 | $0.00 | $49.80 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0391504 | 11/6/2018 | 11/16/2018 | IOP | BCBS Alabama | $1,600.00 | $153.60 | $0.00 | $38.40 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0391504 | 11/7/2018 | 11/16/2018 | IOP | BCBS Alabama | $1,600.00 | $153.60 | $0.00 | $38.40 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0391504 | 11/8/2018 | 11/16/2018 | IOP | BCBS Alabama | $1,600.00 | $153.60 | $0.00 | $38.40 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0391504 | 11/9/2018 | 11/16/2018 | IOP | BCBS Alabama | $1,600.00 | $153.60 | $0.00 | $38.40 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0443895 | 11/12/2018 | 11/16/2018 | IOP | BCBS Alabama | $1,600.00 | $153.60 | $0.00 | $38.40 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0391505 | 11/13/2018 | 11/16/2018 | IOP | BCBS Alabama | $1,600.00 | $153.60 | $0.00 | $38.40 | $0.00 | 0029678 | RTU862302573 |
| LA | AV-WW-C0391505 | 11/14/2018 | 11/16/2018 | IOP | BCBS Alabama | $1,600.00 | $153.60 | $0.00 | $38.40 | $0.00 | 0029678 | RTU862302573 |
| JH | AV-WW-C0409483 | 1/10/2019 | 3/11/2019 | RTC | BCBS Alabama | $4,200.00 | $706.20 | $0.00 | $493.81 | $0.00 | 0034278 | RTU862302573 |
| JH | AV-WW-C0409483 | 1/11/2019 | 3/11/2019 | RTC | BCBS Alabama | $4,200.00 | $706.20 | $0.00 | $493.81 | $0.00 | 0034278 | LWE808512995 |
| MM | AV-WW-C0158000 | 11/10/2017 | 11/22/2017 | PHP | BCBS Alabama | $2,275.00 | $124.50 | $0.00 | $124.50 | $0.00 | 0013186 | PGX861058474 |
| MM | AV-WW-C0158000 | 11/11/2017 | 11/22/2017 | PHP | BCBS Alabama | $2,275.00 | $124.50 | $0.00 | $124.50 | $0.00 | 0013186 | PGX861058474 |
| MM | AV-WW-C0160812 | 11/12/2017 | 11/22/2017 | PHP | BCBS Alabama | $2,275.00 | $91.88 | $65.25 | $91.88 | $0.00 | 0013186 | PGX861058474 |
| MM | AV-WW-C0160812 | 11/13/2017 | 11/22/2017 | PHP | BCBS Alabama | $2,275.00 | $91.88 | $65.25 | $91.88 | $0.00 | 0013186 | PGX861058474 |
| MM | AV-WW-C0160812 | 11/14/2017 | 11/22/2017 | PHP | BCBS Alabama | $2,275.00 | $91.88 | $65.25 | $91.88 | $0.00 | 0013186 | PGX861058474 |
| MM | AV-WW-C0160812 | 11/15/2017 | 11/22/2017 | PHP | BCBS Alabama | $2,275.00 | $91.88 | $65.25 | $91.88 | $0.00 | 0013186 | PGX861058474 |
| MM | AV-WW-C0160813 | 11/16/2017 | 11/22/2017 | PHP | BCBS Alabama | $2,275.00 | $0.00 | $249.00 | $0.00 | $0.00 | 0013186 | PGX861058474 |
| MM | AV-WW-C0166541 | 11/17/2017 | 11/22/2017 | PHP | BCBS Alabama | $2,275.00 | $124.50 | $0.00 | $124.50 | $0.00 | 0013186 | PGX861058474 |
| MM | AV-WW-C0166541 | 11/18/2017 | 11/22/2017 | PHP | BCBS Alabama | $2,275.00 | $124.50 | $0.00 | $124.50 | $0.00 | 0013186 | PGX861058474 |
| MM | AV-WW-C0166541 | 11/19/2017 | 11/22/2017 | PHP | BCBS Alabama | $2,275.00 | $124.50 | $0.00 | $124.50 | $0.00 | 0013186 | PGX861058474 |
| MM | AV-WW-C0166541 | 11/20/2017 | 11/22/2017 | PHP | BCBS Alabama | $2,275.00 | $124.50 | $0.00 | $124.50 | $0.00 | 0013186 | PGX861058474 |
| MM | AV-WW-C0166542 | 11/21/2017 | 11/22/2017 | PHP | BCBS Alabama | $2,275.00 | $124.50 | $0.00 | $124.50 | $0.00 | 0013186 | PGX861058474 |
| MM | AV-WW-C0166542 | 11/22/2017 | 11/22/2017 | PHP | BCBS Alabama | $2,275.00 | $124.50 | $0.00 | $124.50 | $0.00 | 0013186 | PGX861058474 |
| SR | AV-WW-C0260316 | 5/28/2018 | 6/27/2018 | DTX | BCBS Alabama | $4,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0260316 | 5/29/2018 | 6/27/2018 | DTX | BCBS Alabama | $4,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0260317 | 5/30/2018 | 6/27/2018 | DTX | BCBS Alabama | $4,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0260317 | 5/31/2018 | 6/27/2018 | DTX | BCBS Alabama | $4,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0260411 | 6/1/2018 | 6/27/2018 | DTX | BCBS Alabama | $4,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0260411 | 6/2/2018 | 6/27/2018 | DTX | BCBS Alabama | $4,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0269989 | 6/3/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0269989 | 6/4/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0269990 | 6/5/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0269990 | 6/6/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0269991 | 6/7/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0269991 | 6/8/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0269992 | 6/9/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |

**EXHIBIT 1**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SR | AV-WW-C0269992 | 6/10/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0269993 | 6/11/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0269993 | 6/12/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0269994 | 6/13/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0269994 | 6/14/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0269995 | 6/15/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0269995 | 6/16/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0273693 | 6/17/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0277623 | 6/18/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0277623 | 6/19/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0277624 | 6/20/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0277624 | 6/21/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0277625 | 6/22/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0277625 | 6/23/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0277626 | 6/24/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0277627 | 6/25/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| SR | AV-WW-C0277627 | 6/26/2018 | 6/27/2018 | RTC | BCBS Alabama | $4,200.00 | $0.00 | $0.00 | 0021772 | EIB901429737 |
| | | | Totals | | | $220,325 | $7,437 | $510,000 | $3,516 | $0 | |