| Client Name | Claim ID | Service Date | Discharge Date | Service | Primary Payer | Amt Charged | Amt Paid to Facility | Deductible | Co-Insurance | Co-Pay | Billing Acc | Insurance Subscriber ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MS | AV-WW-C0176993 | 12/30/2017 | 3/9/2018 | RTC | | $4,200.00 | $0.00 | $306.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0176993 | 12/31/2017 | 3/9/2018 | RTC | Arkansas | $4,200.00 | $0.00 | $306.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0178397 | 1/1/2018 | 3/9/2018 | RTC | | $4,200.00 | $0.00 | $306.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0178397 | 1/2/2018 | 3/9/2018 | RTC | | $4,200.00 | $0.00 | $306.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0178398 | 1/3/2018 | 3/9/2018 | RTC | | $4,200.00 | $0.00 | $306.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0178399 | 1/4/2018 | 3/9/2018 | RTC | | $4,200.00 | $0.00 | $306.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0178399 | 1/5/2018 | 3/9/2018 | RTC | | $4,200.00 | $0.00 | $306.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0178400 | 1/6/2018 | 3/9/2018 | RTC | | $4,200.00 | $0.00 | $306.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0181781 | 1/7/2018 | 3/9/2018 | RTC | | $4,200.00 | $0.00 | $306.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0181781 | 1/8/2018 | 3/9/2018 | RTC | | $4,200.00 | $0.00 | $306.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0181782 | 1/9/2018 | 3/9/2018 | RTC | | $4,200.00 | $0.00 | $306.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0181783 | 1/10/2018 | 3/9/2018 | RTC | | $4,200.00 | $0.00 | $306.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0181783 | 1/11/2018 | 3/9/2018 | RTC | | $4,200.00 | $0.00 | $306.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0181784 | 1/12/2018 | 3/9/2018 | RTC | | $4,200.00 | $0.00 | $306.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0181784 | 1/13/2018 | 3/9/2018 | RTC | | $4,200.00 | $0.00 | $306.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0184089 | 1/14/2018 | 3/9/2018 | RTC | | $4,200.00 | $0.00 | $306.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0184089 | 1/15/2018 | 3/9/2018 | PHP | | $2,275.00 | $12.81 | $236.19 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0184090 | 1/16/2018 | 3/9/2018 | PHP | | $2,275.00 | $12.81 | $236.19 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0184090 | 1/17/2018 | 3/9/2018 | PHP | | $2,275.00 | $12.81 | $236.19 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0184090 | 1/18/2018 | 3/9/2018 | PHP | | $2,275.00 | $12.81 | $236.19 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0184091 | 1/19/2018 | 3/9/2018 | PHP | | $2,275.00 | $249.00 | $0.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0187730 | 1/22/2018 | 3/9/2018 | PHP | | $2,275.00 | $0.00 | $249.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0187730 | 1/23/2018 | 3/9/2018 | PHP | | $2,275.00 | $0.00 | $249.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0187730 | 1/24/2018 | 3/9/2018 | PHP | | $2,275.00 | $0.00 | $249.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0187730 | 1/25/2018 | 3/9/2018 | PHP | | $2,275.00 | $0.00 | $249.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0187731 | 1/26/2018 | 3/9/2018 | PHP | | $2,275.00 | $0.00 | $249.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0189881 | 1/29/2018 | 3/9/2018 | PHP | | $2,275.00 | $0.00 | $249.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0189881 | 1/30/2018 | 3/9/2018 | PHP | | $2,275.00 | $0.00 | $249.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0189881 | 1/31/2018 | 3/9/2018 | PHP | | $2,275.00 | $0.00 | $249.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0191147 | 2/1/2018 | 3/9/2018 | PHP | | $2,275.00 | $0.00 | $249.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0191147 | 2/2/2018 | 3/9/2018 | PHP | | $2,275.00 | $0.00 | $249.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0197080 | 2/5/2018 | 3/9/2018 | PHP | | $2,275.00 | $0.00 | $249.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0197080 | 2/6/2018 | 3/9/2018 | PHP | | $2,275.00 | $0.00 | $249.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0197080 | 2/7/2018 | 3/9/2018 | PHP | | $2,275.00 | $0.00 | $249.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0197080 | 2/8/2018 | 3/9/2018 | PHP | | $2,275.00 | $0.00 | $249.00 | $0.00 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0197081 | 2/9/2018 | 3/9/2018 | PHP | | $2,275.00 | $72.27 | $104.46 | $72.27 | $0.00 | 0014839 | WMW15744608W01 |
| MS | AV-WW-C0197081 | 2/12/2018 | 3/9/2018 | PHP | | $2,275.00 | $72.27 | $104.46 | $72.27 | $0.00 | 0014839 | WMW15744608W01 |

**EXHIBIT 2**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MS | AV-WW-C0197081 | 2/13/2018 | 3/9/2018 | PHP | | $2,275.00 | $72.27 | $104.46 | $0.00 | 0014839 | WMW1574460BW01 |
| MS | AV-WW-C0197081 | 2/14/2018 | 3/9/2018 | PHP | | $2,275.00 | $72.27 | $104.46 | $0.00 | 0014839 | WMW1574460BW01 |
| MS | AV-WW-C0201271 | 2/19/2018 | 3/9/2018 | PHP | | $2,275.00 | $124.50 | $0.00 | $124.50 | 0014839 | WMW1574460BW01 |
| MS | AV-WW-C0201271 | 2/20/2018 | 3/9/2018 | PHP | | $2,275.00 | $124.50 | $0.00 | $124.50 | 0014839 | WMW1574460BW01 |
| MS | AV-WW-C0201271 | 2/21/2018 | 3/9/2018 | PHP | | $2,275.00 | $124.50 | $0.00 | $124.50 | 0014839 | WMW1574460BW01 |
| MS | AV-WW-C0203970 | 2/22/2018 | 3/9/2018 | IOP | | $1,600.00 | $96.00 | $0.00 | $96.00 | 0014839 | WMW1574460BW01 |
| MS | AV-WW-C0203970 | 2/23/2018 | 3/9/2018 | IOP | | $1,600.00 | $96.00 | $0.00 | $96.00 | 0014839 | WMW1574460BW01 |
| MS | AV-WW-C0203970 | 2/26/2018 | 3/9/2018 | IOP | | $1,600.00 | $96.00 | $0.00 | $96.00 | 0014839 | WMW1574460BW01 |
| MS | AV-WW-C0203970 | 2/27/2018 | 3/9/2018 | IOP | | $1,600.00 | $96.00 | $0.00 | $96.00 | 0014839 | WMW1574460BW01 |
| MS | AV-WW-C0203970 | 2/28/2018 | 3/9/2018 | IOP | | $1,600.00 | $96.00 | $0.00 | $96.00 | 0014839 | WMW1574460BW01 |
| MS | AV-WW-C0205255 | 3/1/2018 | 3/9/2018 | IOP | | $1,600.00 | $96.00 | $0.00 | $0.00 | 0014839 | WMW1574460BW01 |
| MS | AV-WW-C0205255 | 3/2/2018 | 3/9/2018 | IOP | | $1,600.00 | $192.00 | $0.00 | $0.00 | 0014839 | WMW1574460BW01 |
| MS | AV-WW-C0209380 | 3/5/2018 | 3/9/2018 | IOP | | $1,600.00 | $96.00 | $0.00 | $96.00 | 0014839 | WMW1574460BW01 |
| MS | AV-WW-C0209380 | 3/7/2018 | 3/9/2018 | IOP | | $1,600.00 | $96.00 | $0.00 | $96.00 | 0014839 | WMW1574460BW01 |
| MS | AV-WW-C0209380 | 3/9/2018 | 3/9/2018 | IOP | | $1,600.00 | $96.00 | $0.00 | $96.00 | 0014839 | WMW1574460BW01 |
| DT | AV-WW-C0571420 | 10/20/2018 | 1/7/2019 | DTX | Blue Advantage | $4,800.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0571420 | 10/21/2018 | 1/7/2019 | DTX | | $4,800.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0355531 | 10/22/2018 | 1/7/2019 | DTX | | $4,800.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0355531 | 10/23/2018 | 1/7/2019 | DTX | | $4,800.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0355532 | 10/24/2018 | 1/7/2019 | DTX | | $4,800.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0355533 | 10/25/2018 | 1/7/2019 | DTX | | $4,800.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0355533 | 10/26/2018 | 1/7/2019 | DTX | | $4,800.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0393339 | 10/29/2018 | 1/7/2019 | PHP | | $2,275.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0393339 | 10/30/2018 | 1/7/2019 | PHP | | $2,275.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0393339 | 11/2/2018 | 1/7/2019 | PHP | | $2,275.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0393339 | 11/10/2018 | 1/7/2019 | PHP | | $2,275.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0391567 | 11/14/2018 | 1/7/2019 | PHP | | $2,275.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0391567 | 11/15/2018 | 1/7/2019 | PHP | | $2,275.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0443903 | 11/16/2018 | 1/7/2019 | PHP | | $2,275.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0391567 | 11/19/2018 | 1/7/2019 | IOP | | $1,600.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0443903 | 11/26/2018 | 1/7/2019 | IOP | | $1,600.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0443903 | 11/27/2018 | 1/7/2019 | IOP | | $1,600.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0391567 | 11/28/2018 | 1/7/2019 | IOP | | $1,600.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0391567 | 12/3/2018 | 1/7/2019 | IOP | | $1,600.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0443903 | 12/10/2018 | 1/7/2019 | IOP | | $1,600.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0443903 | 12/12/2018 | 1/7/2019 | IOP | | | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0443911 | 12/17/2018 | 1/7/2019 | IOP | | $1,600.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |
| DT | AV-WW-C0401577 | 12/24/2018 | 1/7/2019 | IOP | | $1,600.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW00466372W |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DT | AV-WW-C0401577 | 12/25/2018 | 1/7/2019 | IOP | $1,600.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW0046372W |
| DT | AV-WW-C0401577 | 12/26/2018 | 1/7/2019 | IOP | $1,600.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW0046372W |
| DT | AV-WW-C0401577 | 12/27/2018 | 1/7/2019 | IOP | $1,600.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW0046372W |
| DT | AV-WW-C0401577 | 12/28/2018 | 1/7/2019 | IOP | $1,600.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW0046372W |
| DT | AV-WW-C0443912 | 1/2/2019 | 1/7/2019 | IOP | $1,600.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW0046372W |
| DT | AV-WW-C0443902 | 10/31/2018 | 1/7/2019 | PHP | $2,275.00 | $0.00 | $249.00 | $0.00 | 0030160 | WMW0046372W |
| DT | AV-WW-C0386483 | 11/1/2018 | 1/7/2019 | PHP | $2,275.00 | $0.00 | $249.00 | $0.00 | 0030160 | WMW0046372W |
| DT | AV-WW-C0386483 | 11/3/2018 | 1/7/2019 | PHP | $2,275.00 | $0.00 | $249.00 | $0.00 | 0030160 | WMW0046372W |
| DT | AV-WW-C0386483 | 11/5/2018 | 1/7/2019 | PHP | $2,275.00 | $0.00 | $249.00 | $0.00 | 0030160 | WMW0046372W |
| DT | AV-WW-C0386483 | 11/6/2018 | 1/7/2019 | PHP | $2,275.00 | $0.00 | $249.00 | $0.00 | 0030160 | WMW0046372W |
| DT | AV-WW-C0386484 | 11/7/2018 | 1/7/2019 | PHP | $2,275.00 | $0.00 | $249.00 | $0.00 | 0030160 | WMW0046372W |
| DT | AV-WW-C0386484 | 11/8/2018 | 1/7/2019 | PHP | $2,275.00 | $0.00 | $249.00 | $0.00 | 0030160 | WMW0046372W |
| DT | AV-WW-C0386484 | 11/9/2018 | 1/7/2019 | PHP | $2,275.00 | $0.00 | $249.00 | $0.00 | 0030160 | WMW0046372W |
| DT | AV-WW-C0386484 | 11/12/2018 | 1/7/2019 | PHP | $2,275.00 | $0.00 | $249.00 | $0.00 | 0030160 | WMW0046372W |
| DT | AV-WW-C0386485 | 11/13/2018 | 1/7/2019 | PHP | $0.00 | $0.00 | $0.00 | $0.00 | 0030160 | WMW0046372W |
| | | | | | $237,025.00 | $2,114.83 | $12,234.59 | $1,430.58 | $0.00 | |