| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DS | AV-WW-C0569846 | 5/24/2019 | 7/11/2019 | RTC | BCBS Delaware | $4,200.00 | $312.00 | $0.00 | $208.00 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0569846 | 5/25/2019 | 7/11/2019 | RTC | BCBS Delaware | $4,200.00 | $312.00 | $0.00 | $208.00 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0576668 | 5/26/2019 | 7/11/2019 | RTC | BCBS Delaware | $4,200.00 | $312.00 | $0.00 | $208.00 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0576668 | 5/27/2019 | 7/11/2019 | RTC | BCBS Delaware | $4,200.00 | $312.00 | $0.00 | $208.00 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0666103 | 6/5/2019 | 7/11/2019 | RTC | BCBS Delaware | $4,200.00 | $312.00 | $0.00 | $208.00 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0666103 | 6/6/2019 | 7/11/2019 | RTC | BCBS Delaware | $4,200.00 | $312.00 | $0.00 | $208.00 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0605104 | 6/9/2019 | 7/11/2019 | RTC | BCBS Delaware | $4,200.00 | $312.00 | $0.00 | $208.00 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0605104 | 6/10/2019 | 7/11/2019 | RTC | BCBS Delaware | $4,200.00 | $312.00 | $0.00 | $208.00 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0605105 | 6/11/2019 | 7/11/2019 | RTC | BCBS Delaware | $4,200.00 | $312.00 | $0.00 | $208.00 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0605105 | 6/12/2019 | 7/11/2019 | RTC | BCBS Delaware | $4,200.00 | $312.00 | $0.00 | $208.00 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0605107 | 6/15/2019 | 7/11/2019 | RTC | BCBS Delaware | $4,200.00 | $312.00 | $0.00 | $208.00 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0607814 | 6/16/2019 | 7/11/2019 | RTC | BCBS Delaware | $4,200.00 | $312.00 | $0.00 | $208.00 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0607815 | 6/17/2019 | 7/11/2019 | PHP | BCBS Delaware | $2,275.00 | $220.20 | $0.00 | $146.80 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0607815 | 6/18/2019 | 7/11/2019 | PHP | BCBS Delaware | $2,275.00 | $220.20 | $0.00 | $146.80 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0607815 | 6/19/2019 | 7/11/2019 | PHP | BCBS Delaware | $2,275.00 | $220.20 | $0.00 | $146.80 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0607815 | 6/20/2019 | 7/11/2019 | PHP | BCBS Delaware | $2,275.00 | $220.20 | $0.00 | $146.80 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0607816 | 6/21/2019 | 7/11/2019 | PHP | BCBS Delaware | $2,275.00 | $220.20 | $0.00 | $146.80 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0607816 | 6/22/2019 | 7/11/2019 | PHP | BCBS Delaware | $2,275.00 | $220.20 | $0.00 | $146.80 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0616716 | 6/24/2019 | 7/11/2019 | PHP | BCBS Delaware | $2,275.00 | $220.20 | $0.00 | $146.80 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0616716 | 6/25/2019 | 7/11/2019 | PHP | BCBS Delaware | $2,275.00 | $220.20 | $0.00 | $146.80 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0616716 | 6/26/2019 | 7/11/2019 | PHP | BCBS Delaware | $2,275.00 | $220.20 | $0.00 | $146.80 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0616716 | 6/27/2019 | 7/11/2019 | PHP | BCBS Delaware | $2,275.00 | $220.20 | $0.00 | $146.80 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0616717 | 6/28/2019 | 7/11/2019 | PHP | BCBS Delaware | $2,275.00 | $220.20 | $0.00 | $146.80 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0616717 | 6/30/2019 | 7/11/2019 | PHP | BCBS Delaware | $2,275.00 | $220.20 | $0.00 | $146.80 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0559177 | 5/16/2019 | 7/11/2019 | DTX | BCBS Delaware | $4,800.00 | $477.60 | $0.00 | $318.40 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| DS | AV-WW-C0559177 | 5/17/2019 | 7/11/2019 | DTX | BCBS Delaware | $4,800.00 | $477.60 | $0.00 | $318.40 | $0.00 | MR2019-535-1 | 00466651 | DUP12323389300 1|
| | | | | | | $87,300.00 | $7,341.60 | $0.00 | $4,894.40 | $0.00 | | | |

**EXHIBIT 4**