IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WINDMILL WELLNESS RANCH, | § | |
| L.L.C. and PATIENT C.D. | | § |
| *Plaintiffs,* | § | |
| | § | |
| | § | |
| V. | § | Case No. 5:19-CV-01211-OLG |
| | § | Judge Orlando L. Garcia |
| BLUE CROSS AND BLUE SHIELD | § | |
| OF TEXAS, A DIVISION OF | § | |
| HEALTH CARE SERVICE | § | |
| CORPORATION | § | |
| *Defendant.* | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE OF BLUE CROSS OF IDAHO HEALTH SERVICE, INC. AND REQUEST FOR ENTRY OF ORDER

TO THE HONORABLE JUDGE:

It is stipulated by and between the Plaintiffs, Windmill Wellness Ranch, L.L.C. and Patient C.D., and Blue Cross of Idaho Health Service, Inc. through their designated counsel that Blue Cross of Idaho Health Service, Inc. may be dismissed from the above captured action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties have agreed that each shall bear its own costs and fees. Accordingly, the parties jointly request entry of the proposed Order submitted with this stipulation.

Respectfully submitted,

LAW OFFICES OF P. MATTHEW O'NEIL

By _____*/s/ P. Matthew O'Neil*_____
P. Matthew O'Neil
State Bar No. 00795955
6514 McNeil Dr.
Bldg. 2, Suite 201
Austin, Texas 78729
(512) 473-2002 Telephone
(512) 473-2034 Facsimile
Email:  moneil@mattoneillaw.com

HOLLAWAY & GUMBERT

By _____/s/  T. Daniel Hollaway_____
T. Daniel Hollaway
State Bar No.: 09866700
19 Briar Hollow Ln., Suite 245
Houston, Texas 77027
Telephone: (713) 942.7900
Facsimile: (713) 942.8530
Email:  dhollaway@houstonlaw.com

ATTORNEYS FOR PLAINTIFFS

REED SMITH

By: _____*/s/ William Sheridan*_____
William J. Sheridan
225 Fifth Ave., Suite 1200
Pittsburgh, PA 15222
(312) 288-3131
wsheridan@reedsmith.com

ATTORNEYS FOR DEFENDANT
BLUE CROSS OF IDAHO HEALTH SERVICE,
INC.

## <u>CERTIFICATE OF SERVICE</u>

On the 13th of February, 2024, the undersigned attorney, served the foregoing Agreed Stipulation of Dismissal with Prejudice and proposed Order on all counsel of record in this matter per Rule 5, FRCP.

By     * /s/ P. Matthew O'Neil *
P. Matthew O'Neil