FILED
January 10, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WINDMILL WELLNESS RANCH, L.L.C. § § § § § § § § § § § § § | |
| *Plaintiff,* | |
| v. | Case No. 5:19-CV-1211-OLG |
| | Judge Orlando L. Garcia |
| BLUE CROSS AND BLUE SHIELD OF TEXAS, A DIVISION OF HEALTH CARE SERVICE CORPORATION, *et al.*, | |
| *Defendants.* | |

**ORDER GRANTING DISMISSAL OF BLUE CROSS OF CALIFORNIA, COMMUNITY INSURANCE COMPANY, HEALTHY ALLIANCE LIFE INSURANCE COMPANY, ANTHEM HEALTH PLANS OF VIRGINIA, INC., AND EMPIRE HEALTHCHOICE ASSURANCE, INC. AND PATIENTS JA, RA, VA, MB, WB, RB, JB, JB, EB, LC, JC, CC, JD, MD, MD, TE, PG, OG, PH, JH, TH, JJ, KK, MK, LL, JL, SM, KM, OM, MM, RM, PO, GPC, KP, CR, PR, CS, TS, VS, FT, MW, AW, AW, BW, DA, JB, GB, CG, MG, JH, CK, MM, TP, TR, JS, TV, JW, CZ, AND JZ**

The parties have filed and the Court has considered their Agreed Stipulation of Dismissal with Prejudice. The Court grants dismissal with prejudice as to the claims and causes of action asserted in this cause to date by Windmill Wellness Ranch, L.L.C. and Patients, JA, RA, VA, MB, WB, RB, JB, JB, EB, LC, JC, CC, JD, MD, MD, TE, PG, OG, PH, JH, TH, JJ, KK, MK, LL, JL, SM, KM, OM, MM, RM, PO, GPC, KP, CR, PR, CS, TS, VS, FT, MW, AW, AW, BW, DA, JB, GB, CG, MG, JH, CK, MM, TP, TR, JS, TV, JW, CZ, AND JZ and BLUE CROSS OF CALIFORNIA, COMMUNITY INSURANCE COMPANY, HEALTHY ALLIANCE LIFE INSURANCE COMPANY, ANTHEM HEALTH PLANS OF VIRGINIA, INC., AND EMPIRE HEALTHCHOICE ASSURANCE, INC.

IT IS ORDERED that this cause is DISMISSED WITH PREJUDICE in its entirety as to

BLUE CROSS OF CALIFORNIA, COMMUNITY INSURANCE COMPANY, HEALTHY ALLIANCE LIFE INSURANCE COMPANY, ANTHEM HEALTH PLANS OF VIRGINIA, INC., AND EMPIRE HEALTHCHOICE ASSURANCE, INC.  The parties shall bear their own costs and fees.

SIGNED this 10th day of January, 2025

_____
ORLANDO L. GARCIA
U.S. DISTRICT JUDGE