**FILED**
February 05, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY:_____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WINDMILL WELLNESS RANCH, L.L.C., § § § *Plaintiff,* § § § v. § § BLUE CROSS AND BLUE SHIELD § OF TEXAS, A DIVISION OF § HEALTH CARE SERVICE § CORPORATION *et al.*, § *Defendants.* § | Case No. 5:19-CV-1211-OLG |

## ORDER GRANTING DISMISSAL OF HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY

The parties have filed and the Court has considered their Agreed Stipulation of Dismissal with Prejudice. The Court grants dismissal with prejudice as to the claims and causes of action asserted in this cause to date by Windmill Wellness Ranch, L.L.C. and Patients, P.H., M.M., T.R.. and Horizon Blue Cross Blue Shield of New Jersey.; and

**IT IS ORDERED** that this cause is **DISMISSED WITH PREJUDICE** in its entirety as to Horizon Blue Cross Blue Shield of New Jersey. The parties shall bear their own costs and fees.

**SIGNED** this 5th day of February, 2025

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE